## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **DON−SALVADORE FRANCESCO PACHECO** | Case No.: 2:23−cv−00416−SI |
| Plaintiff(s), | |
| v. | **ORDER CONDITIONALLY APPOINTING PRO BONO COUNSEL FOR ALL PURPOSES** |
| **JAMIE MILLER, et al.** | |
| Defendant(s). | |

    The Court hereby grants Don−Salvadore Francesco Pacheco's Motion to Appoint Counsel [3] and conditionally appoints Jonathan Gersten as counsel of record for all purposes.

    Within 14 days of the date of this Order, the appointed attorney/law firm must file the Pro Bono Appointment Response Form with the Court with the appropriate option checked.

    If representation is denied due to a conflict of interest or other specified reason, the appointment will be terminated and the Court may appoint substitute counsel.

    Contact the Pro Bono Panel Administrator to be paired with a mentor attorney, to obtain a copy of the Guide for Representing Prisoners, or for more information regarding reimbursement of out−of−pocket expenses, procedures, and forms. Additional information can also be found on the Court's website.

**DATED** this 11th day of April, 2023      /s/Michael H. Simon

                                                           Honorable Michael H. Simon
                                                           United States District Judge.

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| DON−SALVADORE FRANCESCO PACHECO<br>    Plaintiff(s),<br><br>v.<br><br>JAMIE MILLER, et al.<br>    Defendant(s). | Case No.: 2:23−cv−00416−SI<br><br><br>PRO BONO APPOINTMENT RESPONSE FORM |

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of Don−Salvadore Francesco Pacheco for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

_____

_____

☐ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

_____

_____

☐ I request a 14−day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.

_____

_____

**DATED** this _____ day of _____ _____.

_____
Signature

_____
Printed Name and Oregon State Bar No.